```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                           05/10/2023

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY:       AP        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2023 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:23-cr-00091-SSS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Serious Bodily Injury] |
| KEVIN BURGESS, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 9, 2022, in Riverside County, within the Central District of California, defendant KEVIN BURGESS knowingly and intentionally distributed fentanyl, a Schedule II narcotic drug

///

///

///

controlled substance, the use of which resulted in the serious bodily injury of N.R. on or about December 9, 2022.

A TRUE BILL

/S/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

STEPHEN T. MERRILL
Special Assistant U.S. Attorney
Riverside Branch Office